

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2019

No. 04-19-00231-CR

Patrick Thomas **CHILDERS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Kerr County, Texas
Trial Court No. A17313
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby Granted. The Appellant's brief is due on August 20, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court